IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALTHEA L. KEEVER,

        Plaintiff,                            NO. 2:13-cv-0029-KJM-KJN

        v.

THE MEDIATION CENTER OF           ORDER TO SHOW CAUSE
SAN JOAQUIN, et al.,

        Defendants.

            On December 6, 2012, plaintiff filed her complaint in state court in San Joaquin County, alleging violations of federal and state law against seven named defendants. (Ex. A, ECF 2.) Defendant The Mediation Center of San Joaquin ("Mediation Center") timely removed this action from state court under 28 U.S.C. §1441(a) on January 7, 2013. (ECF 2.) None of the other named defendants joined in the removal. In its removal notice, Mediation Center asserted: "On information and belief, plaintiff has not yet served any other defendants with the complaint in this action." (ECF 2 at 2.) This assertion is contradicted by plaintiff's statement in her status report, filed on May 9, 2013, that she served defendants Elise Willis, Jennifer Wells, and Carla Wolf on December 20, 2012, the same day she served Mediation Center. (ECF 8 at 5.) However, the court cannot find proof of service on defendants Elise Willis, Jennifer Wells, or Carla Wolf on the docket.

1

1    To remove an action to federal court, all defendants who have been properly
2 served must join the petition for removal. *Destfino v. Reiswig*, 630 F.3d 952, 956 (9th Cir. 2011)
3 (citations omitted). On the current record, the court cannot discern whether this requirement has
4 been met.

5    Accordingly, the court orders plaintiff to file on the docket proof of service on all
6 defendants, or to direct the court's attention to the location of this proof on the docket. Plaintiff
7 has fourteen days from the date of this order to comply with the court's directions. Any failure
8 to timely respond itself may result in dismissal of this action against some defendants.

9    Additionally, the court orders defendant Mediation Center to demonstrate whether
10 it can cure the defects in removal if plaintiff did in fact serve other defendants. Mediation Center
11 has fourteen days from the date of plaintiff's response to this order to comply with the court's
12 directions. Any failure to timely respond itself may result in remand of this action to state court.

13    IT IS SO ORDERED.

14 DATED: June 3, 2013.

16    UNITED STATES DISTRICT JUDGE