IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALTHEA L. KEEVER,

        Plaintiff,                No. 2:13-CV-0029 KJM KJN

      v.

                                ORDER

THE MEDIATION CENTER OF
SAN JOAQUIN, et al.,

        Defendants.
_____/

        On January 7, 2013, defendant Mediation Center of San Joaquin removed this case from San Joaquin County Superior Court.  ECF No. 2.

        On May 9, 2013, the parties filed a joint status report suggesting that defendants Willis, Wells and Wolf had been served before the case was removed, but had not joined the removal.  ECF No. 8.  The court directed plaintiffs to file proofs of service and directed defendant Mediation Center to demonstrate it could cure the defects in removal if the three defendants had been served.  ECF No. 10.

        On June 7, 2013, defendants Wells, Willis and Wolf filed a joinder in the removal, ECF No. 12, and answered the complaint, ECF No. 11.  Accordingly, defendant Mediation Center has cured the defects in removal, if any, and has discharged its obligation under this court's June 4, 2013 order to show cause.

1

1       Plaintiff filed proof of service on these three defendants on June 11, 2013. ECF
2  No. 13. Accordingly, plaintiff also has discharged her obligation under this court's order to
3  show cause.
4       Because the court is now satisfied it has jurisdiction over this action, the court
5  declines to address the parties' disputes about service at this time.
6       IT IS SO ORDERED.
7  DATED: July 26, 2013.

_____
UNITED STATES DISTRICT JUDGE