UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTHEA L. KEEVER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE MEDIATION CENTER OF SAN JOAQUIN, et al.,<br><br>　　　　Defendants. | No. 2:13-CV-0029 KJM KJN<br><br><br><br>ORDER |

　　　　By minute order filed May 15, 2013, the initial scheduling conference in this case was reset for July 25, 2013, and the parties were instructed to file a joint status report no later than July 18, 2013. The parties filed their joint status report on June 10, 2013, but there was no appearance by defendants at the July 25th conference.

　　　　Accordingly, defendants' counsel is ordered to show cause on or before August 16, 2013, why they should not be sanctioned in the amount of $250.00 for failing to appear.

DATED: July 31, 2013.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1